# EXHIBIT B

## IN THE CIRCUIT COURT OF COOK COUNTY

## COUNTY DEPARTMENT, CHANCERY DEPARTMENT

| | |
|---|---|
| Katrina O'Connor, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>        v.<br><br>RealPage, Inc.,<br><br>        Defendant. | Case No. 2021-CH-05955 |

**DEFENDANT'S REALPAGE, INC.'S NOTICE OF FILING OF NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that on the 23rd day of December, 2021, the undersigned caused to be filed with the Clerk of the Circuit Court of the Chancery Division, a Notice of Removal, removing this action to the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which, excluding exhibits, is attached hereto.

                                        Respectfully submitted,

                                        REALPAGE, INC.

                                        By:/s/ *Daniel R. Waltz*
                                            Daniel R. Waltz

Daniel R. Waltz
Troutman Pepper Hamilton Sanders LLP
227 W. Monroe St., Ste. 3900
Chicago, Illinois 60606
Telephone: (312) 759-5948
Facsimile: (312) 759-1939
Email: daniel.waltz@troutman.com
Firm No. 64735

Dated:        December 23, 2021

122295931v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused a copy of the foregoing *Notice of Removal* to be served upon the following counsel of record via electronic mail, on December 23, 2021:

Steven Uhrich
Uhrich Law P.C.
3317 West Fullerton Avenue
Chicago, IL 60647
T: (773) 969-6337
F: (773) 496-6968
steven@uhrichlawpc.com

Jordan M. Sartell
Francis Mailman Soumilas P.C.
310 South County Farm Road, Suite H
Wheaton, IL 60187
T: (215) 735-8600
F: (215) 940-8000
jsartell@consumerlawfirm.com

John Soumilas
Francis Mailman Soumilas, P.C.
1600 Market Street, Suite 2510
Philadelphia, PA 19103
T: (215) 735-8600
F: (215) 940-8000
jsoumilas@consumerlawfirm.com

By:/s/ *Daniel R. Waltz*
Daniel R. Waltz

Daniel R. Waltz
Troutman Pepper Hamilton Sanders LLP
227 W. Monroe St., Ste. 3900
Chicago, Illinois 60606
Telephone: (312) 759-5948
Facsimile: (312) 759-1939
Email: daniel.waltz@troutman.com
Firm No. 64735

Dated:       December 23, 2021

122295931v1